and as General Guardian of JANE CADY, Infant, Appellant, v. LeDELBERT D. GALE and LEON F. GALE, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an action to set aside transfers in fraud of creditors.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

STATE BANK OF COMMERCE OF BROCKPORT, NEW YORK, by GEORGE W. EGBERT, Superintendent of Banks of the State of New York, Appellant, v. PERRY A. SMITH and Others, Respondents.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and matter remitted to the Special Term with directions to proceed as indicated in Heiman v. Bishop (272 N. Y. 83). All concur. (The order denies plaintiff's motion for a deficiency judgment.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN G. O'BRIEN, Respondent, v. CALDWELL MANUFACTURING COMPANY, Appellant.— Order modified in accordance with stipulation of the respondent in open court, by striking from the first ordering paragraph the words " and all other records and papers of said corporation," and as so modified affirmed, without costs on this appeal to either party. All concur, except Sears, P. J., and Lewis, J., who dissent and vote for reversal on the facts and denial of the motion as matter of discretion founded on the relator's motives as a competitor. (Cf. Matter of Durr v. Paragon Trading Corp., 270 N. Y. 464; People ex rel. Giles v. Klauder-Weldon D. M. Co., 180 App. Div. 149; People ex rel. Lehman v. Consolidated Fire Alarm Co., 142 id. 753.) (The mandamus order directs defendant to permit an examination by relator of its books of account and other records of the corporation.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

ELSIE RONEKER, Respondent, v. ANNA RONEKER, Appellant.— Order affirmed, with costs. All concur. (The order denies a motion for a new trial on the ground of newly-discovered evidence.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

ELEANOR KLAISTER, Infant, by ALEXANDER KLAISTER, Her Guardian ad Litem, 154 Miller Ave., Buffalo, N. Y., Appellant, v. BASIL'S GENESEE THEATRE, INCORPORATED, 1586-1604 Genesee Street, Buffalo, N. Y., Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for personal injuries sustained by reason of falling on stairs in a theatre.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

ALEXANDER KLAISTER, 154 Miller Ave., Buffalo, N. Y., Appellant, v. BASIL'S GENESEE THEATRE, INC., 1586-1604 Genesee Street, Buffalo, N. Y., Respondent.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY BROWN, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

MIRIAM H. BERMAN, Respondent, v. HARRY I. GOLDSTEIN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendants' motion to open their default in pleading in an action on a promissory note.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.